## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 311 MAL 2017

                   : 

          Respondent    : 

                   :    Petition for Allowance of Appeal from

                   :    the Order of the Superior Court

          v.            : 

                   : 

                   : 

RODRIGO M. ALVARADO,    : 

                   : 

          Petitioner    : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.